GREGORY P. PRIAMOS, City Attorney #136766
JAMES E. BROWN, Supervising Deputy City Attorney #162579
jbrown@riversideca.gov
NEIL OKAZAKI, Deputy City Attorney #201367
nokazaki@riversideca.gov
CITY OF RIVERSIDE
City Hall, 3900 Main Street
Riverside, California 92522
Telephone   (951) 826-5567
Facsimile   (951) 826-5540

JS-6

Attorney for Defendant, CITY OF RIVERSIDE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SON Q. PHAM<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF RIVERSIDE,<br><br>    Defendant. | CASE NO.  SA CV12-000199 JVS (MLGx)<br><br>**FINAL JUDGMENT** |

The Court, having granted Defendant's Motion to Dismiss the Complaint of Plaintiff For Failing to Comply with the Court's Discovery Order of November 8, 2012, IT IS HEREBY ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendant City of Riverside and against Plaintiff Son Q. Pham.  Defendant shall recover $4,275 in attorneys' fees from Plaintiff by February 1, 2013.

It is so ordered.

Dated:  January 23, 2013

_____
Hon. James V. Selna

CA#L10-0051
O:\Cycom\WPDocs\D020\P013\00145956.DOC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28